PHILLIP A. TALBERT
Acting United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

FILED

NOV 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHERY JOSEPH BASTIEN AND<br>ALYSSA LYNNE NAKAMURA PRICE,<br><br>Defendants. | CASE NO. 2:16-CR-0216 GEB<br><br>VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Structure Monetary Transactions; 31 U.S.C. § 5324(a)(3) – Structuring Monetary Transactions |

INDICTMENT

COUNT ONE: 18 U.S.C. § 371 – Conspiracy to Structure Monetary Transactions]

The Grand Jury charges: T H A T

ZACHERY JOSPEH BASTIEN and
ALYSSA LYNNE NAKAMURA PRICE,

defendants herein, beginning on or about September 17, 2011, and continuing through on or about December 27, 2011, in the County of Sacramento, State and Eastern District of California; in the State and District of Maryland; in the County of Henry, State and Northern District of Georgia, and elsewhere did knowingly and intentionally conspire with each other, and with others unknown to the Grand Jury, to commit an offense against the United States, to wit: structure monetary transactions for the purpose of

INDICTMENT                                1

evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, in violation of Title 31, United States Code, Section 5324(a)(3).

In furtherance of the conspiracy and to effect the objects thereof, defendants ZACHERY JOSPEH BASTIEN and ALYSSA LYNNE NAKAMURA PRICE, and others unknown to the Grand Jury, committed overt acts, which, among others, included the banking monetary transactions described immediately below, and the banking monetary transactions alleged in Count Two of this Indictment, which are incorporated herein by reference.

| Deposits and Withdrawals<br>Bank of America Joint BASTIEN/PRICE<br>Account # XXXXXX6186 | | |
|---|---|---|
| Date | Deposit | Withdrawal |
| 9/17/2011 | $8,400 | |
| 9/19/2011 | | $8,400 |
| 9/20/2011 | $3,000 | |
| 9/20/2011 | $5,000 | $8,000 |
| 9/22/2011 | $4,200 | $4,200 |
| 9/30/2011 | $7,500 | $7,500 |
| 10/4/2011 | $7,500 | $7,500 |
| 10/7/2011 | $300 | |
| 10/11/2011 | $7,500 | $6,000 |
| 10/12/2011 | $5,000 | $4,000 |
| 10/14/2011 | $8,000 | $7,000 |
| 10/17/2011 | $7,500 | $8,500 |
| 10/19/2011 | $7,500 | $7,000 |
| 10/21/2011 | $4,500 | $4,500 |
| 10/25/2011 | $4,000 | |
| 10/25/2011 | $2,600 | $6,500 |
| 10/31/2011 | $7,000 | |
| 11/4/2011 | $6,300 | $8,500 |
| 11/7/2011 | | $6,000 |
| 11/10/2011 | $5,800 | $5,500 |
| 11/14/2011 | $6,000 | |
| 11/15/2011 | | $6,000 |

| **Deposits and Withdrawals** <br> **Citibank Individual PRICE Account # XXXXXXX4136** | | |
|---|---|---|
| **Date** | **Deposit** | **Withdrawal** |
| 10/6/2011 | $7,350 | $7,349 |
| 10/8/2011 | $7,500 | |
| 10/11/2011 | | $7,500 |
| 10/13/2011 | $8,000 | $7,500 |
| 10/19/2011 | $7,500 | $7,500 |
| 10/21/2011 | $4,500 | |
| 10/24/2011 | $6,000 | $5,000 |
| 10/25/2011 | | $5,000 |
| 10/26/2011 | $2,000 | |
| 11/4/2011 | $6,300 | |
| 11/7/2011 | | $7,000 |
| 11/14/2011 | $6,200 | |
| 11/15/2011 | | $6,000 |

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: [31 U.S.C. § 5324(a)(3)– Structuring Monetary Transactions]

The Grand Jury further charges:

ZACHERY JOSPEH BASTIEN and
ALYSSA LYNNE NAKAMURA PRICE,

defendants herein, as follows:

On or about the dates set forth below, in the State and Eastern District of California and elsewhere, the defendants knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure and attempt to structure monetary transactions to prevent and attempt to prevent a domestic financial institution, to wit: Bank of America N.A. and Citibank N.A., located in the State and Eastern District of California, from filing Currency Transaction Reports with respect to the following transactions:

///

///

### Deposits and Withdrawals
### Bank of America Joint BASTIEN and PRICE
### Account # XXXXXX6186

| Date | Deposit | Withdrawal |
|---|---|---|
| 11/28/2011 | $8,000 | $8,000 |
| 11/29/2011 | $4,500 | |
| 11/29/2011 | $4,500 | $9,000 |
| 12/5/2011 | $5,000 | $5,000 |
| 12/7/2011 | $7,000 | |
| 12/8/2011 | | $7,000 |
| 12/12/2011 | $8,000 | |
| 12/15/2011 | | $8,000 |
| 12/20/2011 | $6,000 | $6,000 |
| 12/23/2011 | $7,000 | $7,000 |
| 12/27/2011 | $7,500 | $5,000 |

### Deposits and Withdrawals
### Citibank Individual PRICE Account # XXXXXXX4136

| Date | Deposit | Withdrawal |
|---|---|---|
| 11/26/2011 | $8,000 | $8,000 |
| 11/29/2011 | $2,000 | |
| 11/29/2011 | $6,000 | $6,000 |
| 12/20/2011 | | $1,000 |

All in violation of Title 31, United States Code, Section 5324(a)(3).

A TRUE BILL.

/s/ **Signature on file w/AUSA**
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

INDICTMENT

4

No. **2:16 - CR - 0216 GEB**

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

ZACHERY JOSEPH BASTIEN;
ALYSSA LYNNE NAKAMURA PRICE

## I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 371 – Conspiracy to Structure Monetary Transactions;
31 U.S.C. § 5324(a)(3) – Structuring Monetary Transactions

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* __17__ *day*
*of* November __, A.D. 20 16

_____
*Clerk*

Bail, $ _____  **NO BAIL WARRANT** – as to Price

Notice to Appear as to Bastien

GPO 863 525

<u>United States v. Bastien, et al.</u>
Penalties for Indictment

**Defendants**
**Zachery Joseph Bastien and Alyssa Lynne Nakamura Price**

| | |
|---|---|
| **COUNT 1:** | **ALL DEFENDANTS** |
| VIOLATION: | 18 U.S.C. § 371 – Conspiracy to structure monetary transactions |
| PENALTIES: | Maximum 5 years; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of 1 year |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 2:** | **ALL DEFENDANTS** |
| VIOLATION: | 31 U.S.C. § 5324(a)(3) – Structuring monetary transactions |
| PENALTIES: | Maximum 5 years; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of 1 year |

SPECIAL ASSESSMENT: $100 (mandatory on each count)