PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00216-GEB |
|---|---|
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Structure Monetary Transactions; 31 U.S.C. § 5324(a)(3) – Structuring Monetary Transactions; 31 U.S.C. § 5317(c)(1) – Criminal Forfeiture |
| v. | |
| ALYSSA LYNNE NAKAMURA PRICE AND ZACHERY JOSEPH BASTIEN, | |
| Defendants. | |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: 18 U.S.C. § 371 – Conspiracy to Structure Monetary Transactions]

The Grand Jury charges: T H A T

ALYSSA LYNNE NAKAMURA PRICE and
ZACHERY JOSEPH BASTIEN,

defendants herein, beginning on or about September 17, 2011, and continuing through on or about December 27, 2011, in the County of Sacramento, State and Eastern District of California; ~~in the City of Baltimore,~~ State and District of Maryland; in the County of Henry, State and Northern District of Georgia; in Cook County, State and Northern District of Illinois, and elsewhere did knowingly and intentionally conspire with each other, and with others unknown to the Grand Jury, to commit an offense against the United States, to wit: structure monetary transactions for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated

INDICTMENT                                1

thereunder, in violation of Title 31, United States Code, Section 5324(a)(3).

In furtherance of the conspiracy and to effect the objects thereof, defendants ALYSSA LYNNE NAKAMURA PRICE and ZACHERY JOSPEH BASTIEN, and others unknown to the Grand Jury, committed overt acts, which, among others, included the banking monetary transactions described immediately below, and the banking monetary transactions alleged in Count Two of this Indictment, which are incorporated herein by reference.

| Deposits and Withdrawals<br>Bank of America Joint BASTIEN/PRICE<br>Account # XXXXXX6186 | | |
|---|---|---|
| **Date** | **Deposit** | **Withdrawal** |
| 9/17/2011 | $8,400 | |
| 9/19/2011 | | $8,400 |
| 9/20/2011 | $3,000 | |
| 9/20/2011 | $5,000 | $8,000 |
| 9/22/2011 | $4,200 | $4,200 |
| 9/30/2011 | $7,500 | $7,500 |
| 10/4/2011 | $7,500 | $7,500 |
| 10/7/2011 | $300 | |
| 10/11/2011 | $7,500 | $6,000 |
| 10/12/2011 | $5,000 | $4,000 |
| 10/14/2011 | $8,000 | $7,000 |
| 10/17/2011 | $7,500 | $8,500 |
| 10/19/2011 | $7,500 | $7,000 |
| 10/21/2011 | $4,500 | $4,500 |
| 10/25/2011 | $4,000 | |
| 10/25/2011 | $2,600 | $6,500 |
| 10/31/2011 | $7,000 | |
| 11/4/2011 | $6,300 | $8,500 |
| 11/7/2011 | | $6,000 |
| 11/10/2011 | $5,800 | $5,500 |
| 11/14/2011 | $6,000 | |
| 11/15/2011 | | $6,000 |

| Deposits and Withdrawals |||
| Citibank Individual PRICE Account # XXXXXXX4136 |||
| Date | Deposit | Withdrawal |
| --- | --- | --- |
| 10/6/2011 | $7,350 | $7,349 |
| 10/8/2011 | $7,500 | |
| 10/11/2011 | | $7,500 |
| 10/13/2011 | $8,000 | $7,500 |
| 10/19/2011 | $7,500 | $7,500 |
| 10/21/2011 | $4,500 | |
| 10/24/2011 | $6,000 | $5,000 |
| 10/25/2011 | | $5,000 |
| 10/26/2011 | $2,000 | |
| 11/4/2011 | $6,300 | |
| 11/7/2011 | | $7,000 |
| 11/14/2011 | $6,200 | |
| 11/15/2011 | | $6,000 |

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: [31 U.S.C. § 5324(a)(3)– Structuring Monetary Transactions]

The Grand Jury further charges:

ALYSSA LYNNE NAKAMURA PRICE and
ZACHERY JOSEPH BASTIEN,

defendants herein, as follows:

On or about the dates set forth below, in the State and Eastern District of California and elsewhere, the defendants knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure and attempt to structure monetary transactions to prevent and attempt to prevent a domestic financial institution, to wit: Bank of America N.A. and Citibank N.A., located in the State and Eastern District of California, from filing Currency Transaction Reports with respect to the following transactions as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

///

///

INDICTMENT 3

| Deposits and Withdrawals Bank of America Joint BASTIEN and PRICE Account # XXXXXX6186 | | |
|---|---|---|
| **Date** | **Deposit** | **Withdrawal** |
| 11/28/2011 | $8,000 | $8,000 |
| 11/29/2011 | $4,500 | |
| 11/29/2011 | $4,500 | $9,000 |
| 12/5/2011 | $5,000 | $5,000 |
| 12/7/2011 | $7,000 | |
| 12/8/2011 | | $7,000 |
| 12/12/2011 | $8,000 | |
| 12/15/2011 | | $8,000 |
| 12/20/2011 | $6,000 | $6,000 |
| 12/23/2011 | $7,000 | $7,000 |
| 12/27/2011 | $7,500 | $5,000 |

| Deposits and Withdrawals Citibank Individual PRICE Account # XXXXXXX4136 | | |
|---|---|---|
| **Date** | **Deposit** | **Withdrawal** |
| 11/26/2011 | $8,000 | $8,000 |
| 11/29/2011 | $2,000 | |
| 11/29/2011 | $6,000 | $6,000 |
| 12/20/2011 | | $1,000 |

All in violation of Title 31, United States Code, Section 5324(a)(3).

FORFEITURE ALLEGATION: [31 U.S.C. § 5317(c)(1) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Superseding Indictment, defendants ALYSSA LYNNE NAKAMURA PRICE and ZACHERY JOSEPH BASTIEN shall forfeit to the United States pursuant to Title 31, United States Code, Section 5317, all property, real or personal, involved in the offenses and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Superseding Indictment:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of said defendants, up to the value of the property subject to forfeiture, pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C.§ 853(p).

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT 5

No. 2:16-cr-00216-GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

ZACHERY JOSEPH BASTIEN; ALYSSA LYNNE NAKAMURA PRICE

S U P E R S E D I N G   I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 371 – Conspiracy to Structure Monetary Transactions;
31 U.S.C. § 5324(a)(3) – Structuring Monetary Transactions

*A true bill,*

**/s/ Signature on file w/AUSA**

--------- *Foreman.* ---------

Filed in open court this 15 day

of DECEMBER, A.D. 20 16

--------- *Clerk* ---------

as to Bastien    NO BAIL WARRANT
Bail. $
as to Price      **NO PROCESS NECESSARY**

GPO 863 525

**United States v. Price, et al.**
2:16-cr-00216-GEB
**Penalties for Superseding Indictment**

**Defendants**
**Alyssa Lynne Nakamura Price and Zachery Joseph Bastien**

**COUNT 1:**     **ALL DEFENDANTS**

VIOLATION:      18 U.S.C. § 371 – Conspiracy to structure monetary transactions

PENALTIES:      Maximum 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**     **ALL DEFENDANTS**

VIOLATION:      31 U.S.C. § 5324(a)(3) – Structuring monetary transactions

PENALTIES:      Maximum 10 years; or
Fine of up to $250,000 or twice the amount structured, whichever is larger; or both fine and imprisonment
Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION**

VIOLATION:      31 U.S.C. § 5317(c)(1) – Criminal Forfeiture

PENALTIES:      As described in the Superseding Indictment