UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
January 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:16-cr-002146-GEB |
| ) Plaintiff, ) | 2:16-cr-00224-JAM |
| v. ) | 2:16-cr-00225-TLN |
| ) | 2:16-cr-00235-GEB |
| ZACHERY J. BASTIEN, ) | |
| ) | ORDER FOR RELEASE |
| Defendant. ) | OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Zachery J. Bastien</u>; Case <u>2:16-cr-00224-JAM</u> from custody and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    <u>X</u> Unsecured Appearance Bond in the amount of <u>$25,000</u>, cosigned by Ravel Buckley

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    <u>X</u> (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>1/26/2017</u> at 2:15 pm

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge