PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALISSA LYNN NAKAMURA PRICE, AND ZACHERY JOSEPH BASTIEN,<br><br>  Defendants. | CASE NO. 2:16-CR-216-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: February 24, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Alyssa Lynn Nakamura Price and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set February 24. 2017, at 9:00 a.m., status conference hearing shall be continued by the Court to May 5, 2017, at 9:00 a.m., to: (1) allow counsel for Price to review discovery produced by the United States and conduct her independent investigation into the facts and applicable law to prepare Price's defense;  (2) allow Bastien time to obtain new counsel to replace existing counsel, Thomas Johnson, Esq.; (3) allow new counsel for Bastien to request discovery, which the United States stands ready to produce; and (4) allow new counsel for Bastien to review discovery, conduct defense counsel's independent investigation into the facts and applicable law to prepare Bastien's defense.  Bastien's present counsel, Mr. Johnson, has communicated with Bastien and Bastien's anticipated new counsel, Todd Leras, Esq, and Bastien and Mr. Leras have no objection to the instant stipulation and proposed

order.

The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny Bastien continuity of counsel, and his new defense counsel and Price's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, February 21, 2017, to and including the May 5, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow Bastien continuity of counsel, and his new defense counsel and Price's counsel time to prepare their respective client's defenses.

Dated: February 21, 2017  /s/ Hannah Labaree
_____
HANNAH LABAREE
Attorney for defendant
Alyssa Lynn Nakamura Price
(Per email authorization)

Dated: February 21, 2017  /s/ Thomas Johnson
_____
THOMAS JOHNSON
Attorney for defendant
Zachery Joseph Bastien
(Per email authorization)

Dated: February 21, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ Samuel Wong
By: _____
SAMUEL WONG
KEVIN KHASIGIAN
Assistant U.S. Attorneys

**ORDER**

1  The Court, having received, read, and considered the stipulation of the parties, and good
2  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is
3  hereby ORDERED that the presently set February 24, 2017, at 9:00 a.m., status conference
4  hearing shall be continued to May 5, 2017, at 9:00 a.m.

5  Based on the representations of the parties in their stipulation, the Court finds that the
6  failure to grant this requested continuance would deny defendant Zachery Bastien continuity of
7  counsel and his new defense counsel and defendant Alyssa Price's counsel reasonable time
8  necessary for effective preparation, taking into account the exercise of due diligence.  The Court
9  hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 et seq., within which the trial of this case must commence, the time period from the date of this
11 stipulation, February 21, 2017, to and including the May 5, 2017, status conference hearing, shall be
12 excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow Bastien
13 continuity of counsel, and his defense counsel and Price's counsel time to prepare their respective
14 client's defenses.

15 IT IS SO ORDERED.

17 Dated:  February 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            3