1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5

6  Attorneys for plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO. 2:16-CR-216-GEB

12          Plaintiff,                           **STIPULATION AND ORDER CONTINUING
                                                 STATUS CONFERENCE AND EXCLUDING
13          v.                                   TIME UNDER THE SPEEDY TRIAL ACT**

14  ALYSSA LYNN NAKAMURA PRICE, AND
    ZACHERY JOSEPH BASTIEN,
15                                               Date:  June 16, 2017
            Defendants.                          Time:  9:00 a.m.
16                                               Court:  Hon. Garland E. Burrell, Jr.

17          It is hereby stipulated and agreed by and between plaintiff United States of America, on

18  the one hand, and defendants Alyssa Lynn Nakamura Price and Zachery Joseph Bastien, on the

19  other hand, through their respective attorneys, that the presently set June 16, 2017, at 9:00 a.m.,

20  status conference hearing shall be continued by the Court to September 15, 2017, at 9:00 a.m., to

21  allow each defense counsel to review discovery produced by the United States, conduct

22  counsel's independent investigation into the facts and applicable law, interview witnesses, discuss

23  with counsel's client potential pretrial resolution, and otherwise prepare each client's respective

24  defense.

25          The parties agree and request the Court find that:  (1) the failure to grant this requested

26  continuance would deny each defense counsel reasonable time necessary for effective preparation,

27  taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the

28  case as requested outweigh the best interests of the public and the defendants in a speedy trial.

                                              1
STIPULATION & ORDER CONTINUING TCH

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 12, 2017, to and including the September 15, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective client's defenses.

Dated: June 12, 2017                    */s/ Hannah Labaree*
                                        _____
                                        HANNAH LABAREE
                                        Attorney for defendant
                                        Alyssa Lynn Nakamura Price
                                        (Per email authorization)


Dated: June 12, 2017                    */s/ Todd Leras*
                                        _____
                                        TODD LERAS
                                        Attorney for defendant
                                        Zachery Joseph Bastien
                                        (Per email authorization)


Dated: June 12, 2017                    PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Samuel Wong*
                                 By:    _____
                                        SAMUEL WONG
                                        KEVIN KHASIGIAN
                                        Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set June 16, 2017, at 9:00 a.m., status conference hearing shall be continued to September 15, 2017, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

. The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 12, 2017, to and including the September 15, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated: June 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge