| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | ALYSSA NAKAMURA PRICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-216 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| ALYSSA LYNNE NAKAMURA PRICE, et al., | Date: September 15, 2017 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Todd David Leras, attorney for Zachery Joseph Bastien, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Alyssa Nakamura Price, that the status conference scheduled for September 15, 2017 be vacated and continued to November 3, 2017 at 9:00 a.m.

The reasons for the continuance are that the defense teams are continuing to review the discovery in this case; are investigating the facts; and are conducting further legal research. To date, the Government has produced 1,225 pages of discovery. Defense counsel is continuing to review with due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation, September 13, 2017, through and including

Stipulation/Proposed Order

November 3, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

DATED: September 13, 2017  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for ALYSSA NAKAMURA PRICE

DATED: September 13, 2017  */s/ Todd David Leras*
TODD DAVID LERAS
Attorney for ZACHERY JOSEPH BASTIEN

DATED: September 13, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant United State Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, September 13, 2017, up to and including November 3, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 15, 2017 status conference shall be continued until November 3, 2017, at 9:00 a.m.

Dated: September 14, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge