| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | KEVIN KHASIGIAN |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2772 |
| 5 | |
| 6 | Attorneys for plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-216-GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ALYSSA LYNN NAKAMURA PRICE, AND ZACHERY JOSEPH BASTIEN, | Date: January 12, 2018 |
| Defendants. | Time: 9:00 a.m. |
| | Court: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Alyssa Lynn Nakamura Price and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set January 12, 2018, at 9:00 a.m., status conference hearing shall be continued by the Court to March 23, 2018, at 9:00 a.m., to allow each defense counsel to review discovery of approximately 1,225 pages produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

In addition, Todd Leras, Esq., counsel for defendant Zachery Bastien is presently assigned to a jury trial before District Judge Morrison England in the matter of United States v. Jamal Shehadeh, Saber Shehadeh, and Brian Stone, Case No. 2:16-CR-038 MCE, scheduled to commence on February 26, 2018. Mr. Leras represents Saber Shehadeh. The jury trial is anticipated to take eight to twelve

1
STIPULATION & ORDER CONTINUING TCH

weeks to complete and possibly extend into June 2018.  Discovery produced in that matter exceeds 117,000 pages of Bates-stamped documents.  Most of Mr. Leras' work schedule has been occupied in preparing for this trial and Mr. Leras has been unable to fully prepare Bastien's defense in the instant case.

The United States has requested that the parties advance the case by requesting that the Court set a trial and motions briefing schedule in the Price/ Bastien matters.  However, both Mr. Leras and Assistant Federal Defender Hannah Labaree are not presently prepared to commit to a trial and a motions briefing schedule, but believe that by the March 23, 2018, status conference date they will be in a more informed position to make such decisions.  In particular, Mr. Leras represents the time demands of the Shehadeh matter preclude him from committing to specific dates in the Bastien/Price matter at this time.

The parties agree and request the Court find that:  (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

///

///

///

commence, the time period from the date of this stipulation, January 11, 2018, to and including the March 23, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective client's defenses.

Dated: January 11, 2018                    */s/ Hannah Labaree*
                                            _____
                                            HANNAH LABAREE
                                            Assistant Federal Defender
                                            Attorney for defendant
                                            Alyssa Lynn Nakamura Price
                                            (Per email authorization)

Dated: January 11, 2018                    */s/ Todd Leras*
                                            _____
                                            TODD LERAS
                                            Attorney for defendant
                                            Zachery Joseph Bastien
                                            (Per email authorization)


Dated: January 11, 2018                    MCGREGOR W. SCOTT
                                            United States Attorney

                                            */s/ Samuel Wong*
                                    By:    _____
                                            SAMUEL WONG
                                            KEVIN KHASIGIAN
                                            Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 12, 2018, at 9:00 a.m., status conference hearing shall be continued to March 23, 2018, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 11, 2018, to and including the March 23, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated: January 11, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge