UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0216-GEB |
| Plaintiff, | |
| v. | |
| ALYSSA LYNNE NAKAMURA PRICE and ZACHERY JOSEPH BASTIEN, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0224-JAM |
| Plaintiff, | |
| v. | |
| JENIVIVE SAHRA JANE MCINTYRE, aka Jenvive McIntyre, and ZACHERY JOSEPH BASTIEN, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0225-TLN |
| Plaintiff, | |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY and ZACHERY JOSEPH BASTIEN, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0235-GEB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ZACHERY JOSEPH BASTIEN, | |
| Defendant. | |

1

The undersigned judge has been told by a colleague that the above captioned cases may be related within the meaning of Eastern District Local Rule 123(a)(hereinafter referenced as "Local Rule").  That rule prescribes:

> An action is related to another action within the meaning of this Rule when
>
> (1) both actions involve the same parties and are based on the same or a similar claim;
>
> (2) both actions involve the same property, transaction, or event;
>
> (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or
>
> (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

E.D.C.A. Local Rule 123(a).  This rule applies to criminal cases under Eastern District Local Rule 400(a) (prescribing: "Local Rules 100 to 199 and 300 to 399 are fully applicable in criminal actions in the absence of a specific Criminal Rule directly on point.").  Under Local Rule 123(c):

> If the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

The above actions are related because Defendant Zachery Joseph Bastien is a defendant in each action, and each action involves the same federal statutes.  Further, it appears that

the assignment of the actions to the same judge is likely to effect a savings of judicial effort or other economies.

Therefore, actions 2:16-CR-0225-TLN and 2:16-CR-0224-JAM are reassigned to Judge Garland E. Burrell, Jr., for all further proceedings. Henceforth, the caption on documents filed in each reassigned case shall show the initials "GEB" in place of existing initials.

Further the July 31, 2018 status conference scheduled in each reassigned case is vacated and a joint status conference is scheduled in the related cases on July 20, 2018, commencing at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk of the Court shall make any appropriate adjustment in the assignment of criminal cases to compensate for these reassignments.

IT IS SO ORDERED.

Dated:  June 28, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge