LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZACHERY BASTIEN,<br><br>　　　　　Defendant. | Case No.: 2:16-cr-216 DAD<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Dale A. Drozd<br>Date:　　October 4, 2022<br>Time:　　9:30 a.m. |

　　　　This matter, along with three related matters (Case Nos. 2:16-cr-224 DAD, 2:16-cr-225 DAD, and 2:16-cr-235 DAD), is presently scheduled for Sentencing Hearing on October 4, 2022. By Minute Orders, dated August 30, 2022, Chief Judge Mueller reassigned the matters to United

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE
SCHEDULE

States District Judge Dale A. Drozd for future proceedings. By this stipulation, Defendant requests to continue the Sentencing Hearing to January 17, 2023, at 9:30 a.m., and to Modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule. Defendant has completed his probation interview. A draft PSR has not yet been prepared.

The parties, after confirming the availability of the assigned probation officer on the proposed Sentencing Hearing date, request that the PSR Disclosure Schedule be modified as follows:

1. Draft Pre-Sentence Investigation Report (PSR) Due:  December 6, 2022

2. Informal Objections to Draft PSR:  December 20, 2022;

3. Final PSR Date:   December 27, 2022;

4. Motion for Correction Date: January 3, 2023; and

5. Reply Date:  January 10, 2023.

This request follows guilty pleas pursuant to a written Plea Agreement so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Kevin Khasigian has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  September 28, 2022

By   */s/ Todd D. Leras for*
KEVIN KHASIGIAN
Assistant United States Attorney

DATED:  September 28, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ZACHERY BASTIEN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE
SCHEDULE

**ORDER**

The court has conferred with the Probation Office and based upon the background obtained will reluctantly adopt the parties' stipulation, vacate the October 4, 2022 hearing and continuing the sentencing hearing in this case to January 17, 2023, at 9:30 a.m. The Court will also adopt the Pre-Sentence Report disclosure schedule proposed by the parties in their stipulation. However, the parties are forewarned that no further continuances of the sentencing hearing in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **September 29, 2022**       *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR DISCLOSURE SCHEDULE