1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ZACHERY BASTIEN,<br><br>          Defendant. | Case Nos.: 2:16-cr-216 DAD, 2:16-cr-224 DAD, 2:16-cr-225 DAD, and 2:16-cr-235 DAD<br><br>AMENDED ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DISCLOSURE SCHEDULE<br><br>Court:     Hon. Dale A. Drozd<br>Date:      October 4, 2022<br>Time:      9:30 a.m. |

         This matter, along with three related matters (Case Nos. 2:16-cr-224 DAD, 2:16-cr-225 DAD, and 2:16-cr-235 DAD), is presently scheduled for Sentencing Hearing on October 4, 2022.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE
SCHEDULE

By Minute Orders, dated August 30, 2022, Chief Judge Mueller reassigned the matters to United States District Judge Dale A. Drozd for future proceedings. By this stipulation, Defendant requests to continue the Sentencing Hearing to January 17, 2023, at 9:30 a.m., and to Modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule. Defendant has completed his probation interview. A draft PSR has not yet been prepared.

The parties, after confirming the availability of the assigned probation officer on the proposed Sentencing Hearing date, request that the PSR Disclosure Schedule be modified as follows:

1. Draft Pre-Sentence Investigation Report (PSR) Due: December 6, 2022

2. Informal Objections to Draft PSR: December 20, 2022;

3. Final PSR Date: December 27, 2022;

4. Motion for Correction Date: January 3, 2023; and

5. Reply Date: January 10, 2023.

This request follows guilty pleas pursuant to a written Plea Agreement so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Kevin Khasigian has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: September 28, 2022

By      */s/ Todd D. Leras for*
          KEVIN KHASIGIAN
          Assistant United States Attorney

DATED: September 28, 2022

By      */s/ Todd D. Leras*
          TODD D. LERAS
          Attorney for Defendant
          ZACHERY BASTIEN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE
SCHEDULE

**ORDER**

The Sentencing Hearing in this matter and the three related matters is continued to January 17, 2023, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties. Again, nor further continuances of the sentencing hearing in these related actions will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **September 30, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR DISCLOSURE SCHEDULE